Yosef Peretz (SBN 209288)
Emily A. Knoles (SBN 241671)
Michael D. Burstein (SBN 248516)
PERETZ & ASSOCIATES
22 Battery Street, Suite 202
San Francisco, CA 94111
Telephone: 415.732.3777
Facsimile: 415.732.3791

Attorneys for Plaintiff JOHN HONG

*GRANTED*
*Judge Maria-Elena James*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HONG,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>INTEGRATED PROJECT MANAGEMENT, INC.; and DOES 1-20,<br><br>　　　　　　　　　　Defendant. | Case No. C 12-00928 MEJ<br><br>**PLAINTIFF JOHN HONG'S REQUEST FOR DISMISSAL OF ACTION** |

The parties to the captioned-action have executed a Settlement Agreement that was fully performed by the parties. Plaintiff JOHN HONG therefore requests that this action be dismissed with prejudice.

DATED: March 15, 2012　　　　　　　　　　PERETZ & ASSOCIATES


　　　　　　　　　　　　　　　　　　By: */s/ Yosef Peretz*
　　　　　　　　　　　　　　　　　　　YOSEF PERETZ
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　JOHN HONG